# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 439 WAL 2013 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 542 |
| | : | WDA 2012 filed August 9, 2013, |
| | : | **vacating and remanding** the Judgment |
| WESTLEY A. CLEVENGER, | : | of Sentence of the Cambria County |
| | : | Court of Common Pleas at No. CP-11- |
| Respondent | : | CR-0000703-2011 filed January 23, |
| | : | 2012 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of Commonwealth v. Carrasquillo, 115 A.3d 1284 (Pa. 2015), and Commonwealth v. Hvizda, 116 A.3d 1103 (Pa. 2015).

    The Petition to Remand is **DENIED**.